THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GEORGE BACSKAI, et al
ANTHONY J. ROMAGNOLI, et al

    v.                      CIVIL CASE NO.: 03-5931 and
                                        03-6869
BELL & HOWWELL
BELL & HOWELL


O R D E R


**AND NOW, TO WIT:** This 25th Day of JANUARY, 2005, it having been reported that the issues between the parties in the above actions have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above actions are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for one year from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.


                                      **MICHAEL E. KUNZ**, Clerk of Court


                                      **BY:**_____
                                              Helen A. Nicholas
                                              Deputy Clerk


Civ 2 (7/95)
41.1(b)